

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 71 | **DATE** | 9/4/2003 |
| **CASE TITLE** | Jack Webb vs. Chicago P.O. Amato et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff's motion to use civilian complaints as evidence of patterns of conduct is denied, and defendants' corresponding motion to restrict their use is granted. (#81-1) His motion to exclude certain testimony of Dr Goldberg is denied. (#80-1) His motion to exclude his prior drug convictions is denied. (#79-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | SEP - 5 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 87 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 03 SEP -4 PM 4:03 | date mailed notice | |
| WAH | courtroom deputy's initials | FILED FOR DOCKETING  Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACK WEBB )
)
      Plaintiff, )
)
vs. ) No. 99 C 71 **DOCKETED**
)
CHICAGO POLICE OFFICERS ) SEP - 5 2003
STEVEN AMATO, Star No. 9788 and )
JACK DEDORE, Star No. 6889, )
)
      Defendants. )

## MEMORANDUM OPINION AND ORDER

We rule on plaintiff's motions as follows:

1. Plaintiff's motion to use civilian complaints as evidence of patterns of conduct is denied, and defendants' corresponding motion to restrict their use is granted.

2. His motion to exclude certain testimony of Dr. Goldberg is denied.

3. His motion to exclude his prior drug convictions is denied. They are appropriate impeachment of plaintiff and, two, provide a basis for asserting bias. They cannot, of course, be used as a basis for any argument that they support the notion that plaintiff was more likely to have possessed drugs on the day in question, and plaintiff is entitled to a limiting instruction.

                                                                                          _____
                                                                                         JAMES B. MORAN
                                                                                Senior Judge, U. S. District Court

_Sept. 4_, 2003.